Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 104
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
Emails:  peter@bertlinglawgroup.com
         jemma@bertlinglawgroup.com

Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ III: JENNY MARTINEZ,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S OFFICE; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, A CALIFORNIA CORPORTATION, and DOES 1 to 30 inclusive,<br><br>　　　　　Defendants. | Case No. **5:18-CV-00475-BLF**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed: January 22, 2018<br>Judge: Hon. Beth Labson Freeman<br>Trial: April 4, 2022 |

///

///

**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs ANTONIO MARTINEZ III and JENNY MARTINEZ and defendants COUNTY OF MONTEREY, MONTEREY COUNTY SHERIFF'S OFFICE and CALIFORNIA FORENSIC MEDICAL GROUP, INC., hereby joint stipulate and agree as follows:

Whereas plaintiffs' First Amended Complaint contains a pendant California State law cause of action for medical negligence against Defendant California Forensic Medical Group, Inc.; and

Whereas defendant California Forensic Medical Group, Inc. erroneously omitted three separate affirmative defenses to this state law claim for medical negligence; and

Whereas the parties met and conferred on the issue; and

Whereas a Motion to Dismiss remains pending by defendants County of Monterey and Monterey County Sheriff's Office;

It is hereby stipulated and agreed that Defendant California Forensic Medical Group, Inc. shall be permitted to file an Amended Answer to plaintiffs' First Amended Complaint within five (5) days of the entry of the Order on this Stipulation.

**IT IS SO STIPULATED.**

DATED: August 29, 2018  BERTLING LAW GROUP, INC.

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
CALIFORNIA FORENSIC
MEDICAL GROUP, INC.

| | | |
|---|---|---|
| 1 | DATED: August 29, 2018 | HERSH & HERSH |
| 2 | | |
| 3 | | */s/ Joseph Boyle*<br>Joseph Boyle |
| 4 | | Attorneys for Plaintiffs |
| 5 | | ANTONIO MARTINEZ III<br>and JENNY MARTINEZ |
| 6 | | |
| 7 | DATED: August 29, 2018 | MONTEREY COUNTY<br>COUNSEL'S OFFICE |
| 8 | | |
| 9 | | */s/ Susan Blitch* |
| 10 | | Susan K. Blitch<br>Attorneys for Defendants |
| 11 | | MONTEREY COUNTY and |
| 12 | | MONTEREY COUNTY<br>SHERIFF'S OFFICE |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**[~~PROPOSED~~] ORDER**

Upon consideration of the Parties' Stipulation and finding good cause, it is hereby ORDERED as follows:

Defendant California Forensic Medical Group, Inc. shall be permitted to file an Amended Answer to plaintiffs' First Amended Complaint. Said Amended Answer shall be filed by Defendant within five (5) days of the entry of this Order.

**IT IS SO ORDERED.**

DATED: August 30, 2018A , 2018

*/s/ Beth Labson Freeman*
Honorable Beth Labson Freeman
United States District Court Judge